```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| V. | \* CR. NO. |
| **BILLY R. MERCER, JR** | \* 2:05CR204-T |
| | \* |
| Defendant. | \* |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Comes now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Billy R. Mercer, Jr.

Respectfully submitted this 18th day of October, 2005.

    s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Billy R. Mercer, Jr.
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon
Terry F. Moorer
AUSA
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

<u>s /Jeffery C. Duffey</u>
JEFFERY C. DUFFEY
Attorney for Defendant
Billy R. Mercer, Jr.