IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:05cr204-T |
| BILLY R. MERCER, JR., | * | |
| Defendant. | * | |

### NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

COMES NOW Benjamin E. Schoettker and enters his appearance as retained counsel for defendant Billy R. Mercer, Jr.

Respectfully submitted this 19th day of October, 2005.

Benjamin E. Schoettker
Attorney for Defendant
Billy R. Mercer, Jr.
608 S. Hull Street
Montgomery, Alabama 36104
Phone: (334) 834-3444
Fax:    (334) 262-8897
bes@barfootschoettker.com
Bar No. ASB-7648-I72S

## CERTIFICATE OF SERVICE

I hereby certify that on October 19th, 2005, I personally served the foregoing document upon the following attorneys of record:

John T. Harmon
Terry F. Moorer
AUSA
P.O. Box 197
Montgomery, Alabama 36101

Jeffery C. Duffey
Attorney for Defendant
600 S. McDonough Street
Montgomery, Alabama 36104

Respectfully Submitted,

Benjamin E. Schoettker
Attorney for Defendant
Billy R. Mercer, Jr.