IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN - SOUTHERN - EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 2:05CR204-T
Billy R. Mercer, Jr. )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Billy R. Mercer, Jr., defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT