| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 14, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:13 - 3:16 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr204-T | **DEFENDANT(S)** Billy R. Mercer, Jr. |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | *   Benjamin Schoettker | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Defendant's motion to suppress - Hearing set 12/2/05

☐ **PLEA STATUS:**
   Possible plea
   Last plea date 1/17/06

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**