MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE    AT MONTGOMERY, ALABAMA

DATE COMMENCED: December 2, 2005    AT    10:00 a.m.

DATE COMPLETED: December 2, 2005    AT    12:10 p.m.

UNITED STATES OF AMERICA    *

vs    *    2:05cr204-T

BILLY R. MERCER, JR.    *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Jeffery Duffey/Benjamin Edward Schoettker |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Mitchell Reisner, Court Reporter

PROCEEDINGS:

(  ) NON-JURY TRIAL
( X ) OTHER PROCEEDINGS:    HEARING ON DEFENDANT'S MOTION TO SUPPRESS

| | |
|---|---|
| 10:00 a.m. | Court convenes |
| 10:01 a.m. | Testimony begins. |
| | Government's direct examination (Steve Reed) |
| 10:15 a.m. | Court's questions to witness (Reed) |
| 10:16 a.m. | Mr. Duffey's cross examination (Reed) |
| 10:38 a.m. | Court's questions to witness (Reed) |
| 10:39 a.m. | Government's redirect examination  (Reed) |
| 10:40 a.m. | Government's direct examination (Jay Headley) |
| 11:00 a.m. | Mr. Duffey's cross examination (Headley) |
| 11:09 a.m. | Court's questions to witness. (Headley) |
| 10:10 a.m. | Cross examination continues (Headley) |

<u>CONTINUATION OF PROCEEDINGS</u>:

| | |
|---|---|
| 11:17 a.m. | Government's direct examination (Jeff Hassell) |
| 11:24 a.m. | Court's questions to Mr. Duffey. |
| | Defense counsel wants Jenks Materials. Government to furnish reports to counsel. |
| 11:25 a.m. | RECESS (13 min) |
| 11:38 a.m. | Government's direct examination (Joe Herman) |
| 11:56 a.m. | Mr. Duffey wants Jenks Materials - copy of grand jury testimony has been provided to Mr. Duffey |
| | Mr. Duffey's cross examination (Herman) |
| 12:08 a.m. | Government's redirect examination (Herman) |
| 12:10 p.m. | Government rests. |
| | Defendant rests. |
| | Court recessed. |