IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:05cr204-T |
| | * | |
| BILLY R. MERCER, JR. | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Steve Reed

2. Officer Jay Headley

3. Officer Jeff Hassell

4. Joe Herman