✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
| V. | |
| BILLY R. MERCER, JR. | Case Number:  2:05cr204-T |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>TERRY MOORER | DEFENDANT'S ATTORNEY<br>JEFF DUFFEY/BEN SCHOETTKER |
|---|---|---|
| TRIAL DATE (S)<br>DECEMBER 2, 2005 | COURT REPORTER<br>MITCHELL REISNER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/2/05 | | Yes | Photo of bags |
| 2 | | 12/2/05 | | Yes | Guest Register - Hampton Inn - Prattville |
| 3 | | 12/2/05 | | Yes | Photo of weapon |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.