| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:55 - 3:57 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr204-T | **DEFENDANT(S)** Billy R. Mercer, Jr. |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * | Jeffery Duffey |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   No problems

☐ **PENDING MOTION STATUS:**
   Defendant's ORAL MOTION to continue to 2/13/06 Cr Term - defendant to file waiver

☐ **PLEA STATUS:**
   Possible trial
   Last plea date 2/6/06

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**