IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.2:05-CR-204-T |
| BILLY R. MERCER, JR, | * | |
| DEFENDANT. | * | |

### WAIVER OF SPEEDY TRIAL RIGHTS

I, Billy R. Mercer, Jr., defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

1/10/06
Date

Billy R. Mercer, Jr.
Defendant

/s/ Benjamin E. Schoettker
Benjamin E. Schoettker
Attorney for Defendant
Billy R. Mercer Jr.
608 South Hull Street
Montgomery, AL 36104
Phone: 334-834-3282
Fax:  334-262-8897
Email: bes@barfootschoettker.com
Bar No. ASB7848I72S

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon
Terry F. Moorer
AUSA
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

/s/ Benjamin E. Schoettker
BENJAMIN E. SCHOETTKER
Attorney for Defendant
Billy R. Mercer, Jr.