United States District Court
Middle District of Alabama
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] CR 2:05cr204-T |
| | ] |
| Billy R. Mercer, Jr., | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Susan Russ Walker, United States Magistrate Judge entered the 22nd day of December, 2005 as well as the objections to the Report and Recommendation made by the defendant. This court has made a *de novo* determination of those findings and portions objected to by the defendant in this case.

The objections to the Report and Recommendation are overruled. It is Ordered that the Report and Recommendation of the Honorable Susan Russ Walker, United States Magistrate Judge entered the 22nd day of December, 2005 be accepted and hereby is accepted as entered. This

court adopts the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 13th day of January 2006.

                                                L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE