IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
     Plaintiff,                  *
                                 *
V.                               * CR. NO.
BILLY R. MERCER, JR              * 2:05CR204-T
                                 *
     Defendant.                  *

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Transport Defendant Back to State Prison,

It Is Hereby Ordered that the U. S. Marshall shall return the defendant, Billy R. Mercer, Jr., an inmate in the Alabama Prison System whose AIS number is 234840, to the Staton Correctional Facility in Elmore, Elmore County, Alabama, there to be held during the pendency of his case in this court.

It Is Further Ordered that the U. S. Marshal shall retain authority to transport the defendant to this Court without further order for court appearances, or to return defendant to the physical custody of the U. S. Marshall pursuant to the previously issued Writ of Habeas Corpus Ad Prosequendum dated September 21, 2005, without further

order of this court.

This Order shall be served by the U. S. Marshal on the Warden of the Alabama Staton Correctional Facility in Elmore, Elmore County, Alabama, and is to be considered by such as a detainer against any release of defendant.

Done and ordered this _____ day of January, 2006.


_____
United States Magistrate Judge