IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          *

      PLAINTIFF,          *

V.          *          CASE NO.2:05-CR-204-T

BILLY R. MERCER, JR,          *

      DEFENDANT.          *

## WAIVER OF INTERSTATE AGREEMENT ON DETAINERS ACT

    I, Billy R. Mercer, Jr., defendant in the above styled case, do hereby waive my rights under the Interstate Agreement on Detainers Act 18 U.S.C. App.2. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

    **WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT.**

_1/13/06_
Date

_Billy R. Mercer Jr._
Billy R. Mercer, Jr.
Defendant

Benjamin E. Schoettker
Attorney for Defendant
Billy R. Mercer Jr.
608 South Hull Street
Montgomery, AL 36104
Phone: 334-834-3282
Fax: 334-262-8897
Email: bes@barfootschoettker.com
Bar No. ASB7848I72S

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the

forgoing with the Clerk of Court using the CM/ECF system which will send

notification of such to the following:

John T. Harmon
Terry F. Moorer
AUSA
P.O. Box 197
Montgomery, AL 36101

Respectfully Submitted,

BENJAMIN E. SCHOETTKER
Attorney for Defendant
Billy R. Mercer, Jr.