EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR204-T |
| | ) | |
| BILLY R. MERCER, JR. | ) | |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Billy R. Mercer, Jr., defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

2-2-06
DATE

Billy Mercer
DEFENDANT

BENJAMIN E. SCHOETTKER
Attorney for Defendant
Barfoot & Schoettker, L.L.C.
608 S Hull Street
Montgomery, AL 36104
Phone: (334) 834-3282
Fax :(334) 262-8897
Email: bes@barfootschoettker.com
Bar No.: ASB-7848-I72S

Of Counsel for Defendant:
JEFFERY C. DUFFEY
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.: ASB-7699-F67J