UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] CR. NO. 2:05-cr-204-C |
| BILLY R. MERCER, JR., | ] |
| Defendant. | ] |

ORDER

Defendant filed a Motion to Continue (Doc. #33) on February 3, 2006. Defendant seeks to continue the trial of his case. His case is set to begin on February 13, 2006. The basis of the motion is that his attorneys have been involved in plea negotiations and both expected this case to settle. In addition, the attorney for Mercer has another trial set to begin on the same docket, U.S. v. McCall. In the event U.S. v. McCall is tried, then the trial of the above case will not begin until at least 2 days from the end of the McCall trial. Therefore that trial may result in the above case not being reached, however the motion to continue is denied.

Done this 3rd day of February 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE