UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

N O T I C E
Tentative Criminal Trial Docket
commencing at 9:00 a.m.
for the February 13 - 24, 2006 trial docket

| # | Case | Defendant(s) |
|---|---|---|
| 1. | 3:05-cr-046-LSC | Jerry Scott Minor |
| 2. | 2:05-cr-150-LSC | Ronnie Bennett Grissett (1)<br>Beulah Frost Grissett (2) |
| 3. | 2:05-cr-108-LSC | George Hoey Morris |
| 4. | 2:05-cr-177-LSC | Marvin Darby |
| 5. | 2:05-cr-193-LSC | Stephen Shawn Crenshaw |
| 6. | 2:05-cr-031-LSC | Lee Frank Baniel |
| 7. | 2:05-cr-204-LSC | Billy R. Mercer, Jr. |
| 8. | 1:05-cr-153-LSC | Brenda McCall (2)<br>Martha Davis (3) |
| 9. | 2:05-cr-175-LSC | Marcus Jabor Alls |
| 10. | 2:05-cr-134-LSC | Stephen Jessie Lester (Non-jury trial estimated 1 hour trial time)  This case will be scheduled at a convenient time during the above settings. |

This is a TENTATIVE schedule.  The court will attempt to contact attorneys during the week prior to February 13 to specify who should be available on Monday morning.  Unless released, all attorneys should be ready to proceed on Monday, February 13, 2006.