IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr204-LSC |
| | ) | WO |
| BILLY R. MERCER, JR. | ) | |

## ORDER ON MOTION

Upon consideration of defendant's unopposed motion to transport defendant (Doc. 31), filed January 13, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 10th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE