IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-204-C |
| ) | |
| BILLY R. MERCER ) | |

**NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTIONS**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Billy R. Mercer with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(ii) and 851. The prior conviction is as follows:

1. The defendant was convicted of Unlawful Distribution of a Controlled Substance in the Circuit Court of Elmore County, Alabama in case number, CC-96-127. The United States will provide certified copies of the convictions prior to sentencing.

The enhancement as applied in this case requires the mandatory imposition of a 10 year imprisonment.

Respectfully submitted this 13th day of February, 2006.

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        s/Terry F. Moorer
                                        TERRY F. MOORER   ASB-1176-O73T
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail:terry.moorer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-204-C |
| | ) | |
| BILLY R. MERCER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery Duffey, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T