IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 13 2006 | AT: | 10:05 a.m. |
| DATE COMPLETED: | February 13, 2006 | AT: | 2:30 p.m. |
| | | (Court Time: 56 min.) | |

UNITED STATES OF AMERICA     )
                             )
vs.                          )   CR. No. 2:05cr204-MHT
                             )
BILLY R. MERCER, JR.         )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Jeff Duffey |
| | Benjamin Schoettker |

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter          Elna Behrman, Courtroom Deputy

JURORS

1. James Bragg, Jr.            7. Paul Greggs
2. Martin Pierce, III          8. Rosie Adams
3. Ronnie Galloway             9. Stacey Mitchell
4. John Van Houten            10. Shannon Hartley
5. Vivian Simmons             11. Nash Cooley
6. Steven Williams            12. Jean Harris

ALTERNATE JURORS

1. George Fairchild            2. Bobby Kilpatrick

COURTROOM PROCEEDINGS

| | |
|---|---|
| 10:05 a.m. | Court is in session. |
| | Jury oath given. |
| | Court gives general information to the venire. |
| 11:15 a.m. | Multiple jury qualification ends. |
| | |
| 1:54 p.m. | Jury selection begins. |
| 1:56 p.m. - 2:01 p.m. | Bench conference (on the record) |
| 2:30 p.m. | Jury selection complete. |