UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| V. | ] CASE NO. 2:05-CR-204-LSC |
| | ] |
| BILLY R. MERCER, JR. | ] |

### VERDICT

(Count One)

We, the jury, find the defendant, Billy R. Mercer, Jr., NOT GUILTY as charged in Count One of the indictment.

_____          _____
DATE                                            FOREPERSON'S SIGNATURE

- - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Billy R. Mercer, Jr., GUILTY as charged in Count One of the indictment.

2-15-06                                         *Stim Wallim* (signature)
DATE                                            FOREPERSON'S SIGNATURE

After having first found the Defendant not guilty of the offense charged in Count One, we, the jury, considered the lesser included offense of Possession of a Controlled Substance and find as follows:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Billy R. Mercer, Jr., NOT GUILTY as charged in the lesser included offense of Possession of a Controlled Substance.

_____                          _____
DATE                                            FOREPERSON'S SIGNATURE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Billy R. Mercer, Jr., GUILTY as charged in the lesser included offense of Possession of a Controlled Substance.

_____                          _____
DATE                                            FOREPERSON'S SIGNATURE