UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA ]
]
]
V. ]
] CASE NO. 2:05-CR-204-LSC
]
]
BILLY R. MERCER, JR. ]
]

VERDICT

(Count Two)

We, the jury, find the defendant, Billy R. Mercer, Jr., NOT GUILTY as charged in Count Two of the indictment.

_____
DATE

_____
FOREPERSON'S SIGNATURE

- - - - - - - - - - - - - - -

We, the jury, find the defendant, Billy R. Mercer, Jr., GUILTY as charged in Count Two of the indictment.

2-15-06
DATE

*[signature]*
FOREPERSON'S SIGNATURE