UNITED STATES OF AMERICA

vs.

BILLY R. MERCER, JR.

CASE NUMBER: 2:05-CR-204-LSC

AUSA Terry F. Moorer        Defense Attys Jeffrey C. Duffey and Benjamin Edward Schoettker

**JURY SELECTED**

| | |
|---|---|
| 1. James Bragg, Jr. | 7. Paul Jeffrey Greggs |
| 2. Martin L. Pierce, III | 8. Rosie Adams |
| 3. Ronnie Wayne Galloway | 9. Stacey Lee Mitchell |
| 4. John Douglas Van Houten | 10. Shannon L. Hartley |
| 5. Vivian Simmons | 11. Nash Jerome Cooley |
| 6. Steven G. Williams | 12. Jean Griffin Harris |
| First Alt. George B. Fairchild | Second Alt. Bobby L. Kilpatrick |

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| 2/14/2006: Steve Reid | No witnesses |
| Jonathan Eric Headley | |
| Joe Herman | |

COURTROOM DEPUTY: Ann Fox

COURT REPORTER: Lindy Fuller

TRIAL DATES:  2/14/2006: 11:00 - 11:45; 1:05 - 2:30; 3:25 - 4:30
2/15/2006:  8:30 - 8:50; 9:15 - 10:35 (Jury Deliberations 10:35 - 12:00; 1:00 - 1:45) 1:45 - 1:50

COURTROOM NOTES CONT.   USA v. MERCER

CASE NUMBER: 2:05-CR-204-LSC

**2/14/2006: JURY TRIAL** held before the Honorable L. Scott Coogler, USDJ;   Stipulation by parties as to government and defendant exhibits offered and admitted;   Jury oath administered; Court's preliminary remarks to the jury; Opening statements;   Government's testimony - Witness rule invoked - afternoon recess - testimony cont - Government rest - [(sidebar) - Dft's (oral) motion for judgment of acquittal as to Count 1 - (orally) OVERRULED - same motion as to Count 2 - (orally) DENIED - Forfeiture count is granted and the firearm will be forfeited by agreement of the parties] - Defendant rest (no witnesses) - jurors excused for the day - Charge conference with the attorneys - Daily recessed - Ctrptr Lindy Fuller /adf

**2/15/2006: JURY TRIAL** resumed - Continued charge conference with attorneys - Defendant's renewed (oral) motion for judgment of acquittal as to both Counts 1 and 2 - (orally) DENIED; Jury returned to courtroom;   Closing arguments; Court's charge to the jury; Alternate jurors excused;  (Jury Deliberations 10:35 - 12:00; 1:00 - 1:45);   VERDICT returned finding the defendant Billy R. Mercer, Jr. GUILTY as charged in Counts 1 and 2 of the indictment; Jurors released; Court will therefore enter judgment against the defendant as found guilty to Counts 1 and 2; Defendant remanded to custody of USM pending sentencing hearing;   Adjourned Crtprtr Lindy Fuller /adf