EXHIBITS

Page 1

UNITED STATES OF AMERICA

v.

BILLY R. MERCER

CR. NO. 2:05-cr-204-C

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Methamphetamine | Reid/Headley/Kusko | ✓ 2/14/06 |
| 1A | Lab Report | Herman | ✓ 2/14/06 |
| 2 | Red Pouch and Contents | Headley/Herman | ✓ 2/14/06 |
| 3 | Davis Industries .38 Revolver | Headley/Herman | ✓ 2/14/06 |
| 4 | Hotel Bill | Dodd | ✓ 2/14/06 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

IN THE MATTER OF: _____

USA

VS. Billy Mercer, Jr.

CASE NUMBER: _____

**RECEIPT IS HEREBY ACKNOWLEDGED
FOR THE FOLLOWING TRIAL EXHIBITS:**

Gout's Exhibits #1, 2 + 3 (Meth, Red Pouch + contents, Revolver)

_Joe Herne_     2/14/06
(Signature)     (Date)
Joe HERMAN

_Joe Herne_     2/15/06
Joe Herman