UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 2:05CR204-T

BILLY MERCER, JR.

## DEFENDANT'S EXHIBITS

| NO. | DATE ADMITTED | OBJ | DESCRIPTION |
|---|---|---|---|
| 1 | 2/14/06 | | Alabama Uniform Incident/Offense Report |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |