**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

①  ✓

RECEIVED

2006 FEB 28  A 10 30

UNITED STATES
MARSHALS SERVICE
MIDDLE DIST. OF ALA.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr204-LSC |
|---|---|
| DEFENDANT<br>Billy R. Mercer, Jr. | TYPE OF PROCESS<br>Preliminary Order Of Forfeiture |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | One Davis Industries .380 Caliber Pistol, bearing serial number AP 392840 |

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

c/o USMS

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE<br>JOHN T. HARMON, AUSA<br>P. O. BOX 197<br>MONTGOMERY AL 36101-0197 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                Fold

Awaiting CATS Number assignment

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>02/27/06 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>2/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

RETURNED AND FILED

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

| Address (*complete only different than shown above*) | MAY 17 2006 | Date<br>5/8/06 | Time<br>9:30 | ☒ am<br>☐ pm |
|---|---|---|---|---|

CLERK
U.S DISTRICT COURT
MIDDLE DIST. OF ALA.

Signature of U.S. Marshal or Deputy
C. J. Tatem

| Service Fee<br>$45.00 | Total Mileage Charges including *endeavors*<br>Ø | Forwarding Fee<br>Ø | Total Charges<br>$45.00 | Advance Deposits<br>Ø | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$45.00 |
|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|---|