*EXHIBIT 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | * CASE NO. 2:05CR204-LSC |
| BILLY R. MERCER, JR., | * |
| DEFENDANT. | * |

### NOTICE OF APPEAL

Notice is hereby given that Billy R. Mercer, Jr., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from his conviction by a jury on February 15, 2006, and the final judgment of sentence was on the 24th day of May, 2006.

Submitted this 26 day of May, 2006.

x Billy R. Mercer Jr.
Billy R. Mercer, Jr
Federal Prisoner
AIS: 234840
Montgomery City Jail
P.O. Box 159
Montgomery, Alabama 36195