Form 4

EXHIBIT 2

# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis
United States Court of Appeals for the Eleventh Circuit

United States of America, Plaintiff

v.

Billy R. Mercer, Jr., Defendant

Middle District of Alabama
United States District Court
Case No. 2:05CR204-LSC

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redresss. I swear or affirm under penalty of perjury under United State laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Billy R. Mercer Jr.*  Date: 5/26/06 | |

**The issues for appeal are:**

1. Defendant contends that the search and seizure conducted in his motel room was in violation of the Fourth amendment to the United States Constitution. The defendant has a privacy expectation in his room. United States v. Ramos, 12 F3d 1019 (11th Circuit 1994). Therefore, defendant has standing to challenge admission of evidence seized in warrantless search of his premises. See United States v. Eyster, 948 F.2d 1196 (11th Cir. 1991).

2. Defendant contends that his statement to law enforcement was taken in violation of Miranda v. Arizona, 384 US 436 (1966) and was thus inadmissible in his prosecution.

3. Whether an Alabama felony conviction for driving under the influence of alcohol (DUI), constitutes a crime of violence under § 4B1.1 of the United States Sentencing Guidelines. (Case of first impression pending on appeal - U.S. v. McGill, 347 F.Supp. 2d 1210 (M.D. AL 2004).

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse N/A | You | Spouse N/A |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance premium | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public assistance (such as welfare) | $ | $ | $ | $ |

Other (specify): Work Release  $ 800   $ N/A   $ ⌀   $ ⌀
Total Monthly Income  $ ⌀   $ ⌀   $ ⌀   $ ⌀

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

Employer: (self) Mercer Paint Co.
Address: 232 Broadway St.
Dates of employment: 1992 – 2004
Gross monthly pay: 2,000.⁰⁰

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

Employer: N/A
Address:
Dates of employment:
Gross monthly pay:

4. How much case do you and your spouse have? $ ⌀

Financial institution: No Accounts
Type of account:
Amount you have: $ ⌀
Amount your spouse has: $ ⌀

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attached one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

Home (Value): None
Other real estate (Value): None
Motor vehicle #1 (Value) Make & year: None
Model:
Registration #:

Motor vehicle #2 (Value) Make & year:
Model:
Registration #:

Other assets (Value): None

Other assets (Value):

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your Spouse money: None
Amount owed to you:
Amount owed to your spouse:

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| None | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly Rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? Yes   No | $ | $ |
| Is property insurance included? Yes   No | $ | $ |
|  | $ | $ |
| Utilities (electricity, heating, fuel, water, sewer, and telephone) | | |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowners or renters | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | |
| Installment payments | $ | $ |
| Motor vehicle | $ | $ |
| Credit cad (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expense** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   Yes ⭕No⭕    If yes, describe on an attached sheet.

10. Have you paid or will you be paying an attorney any money for services in connection with this case, Including the completion of this form?    Yes ⭕No⭕

    If yes, how much? $ 0

    If yes, state the attorney's name, address, and telephone number:

    My father paid the attorney fees at trial.

11. Have you paid or will you be paying anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    Yes ⭕No⭕

    If yes, how much? $_____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.

    ▇▇▇▇▇▇▇▇▇▇

    Your daytime phone number: (334) None

    Your age: ▇▇▇    Your years of schooling: 9th Grade

    Your social security number: ▇▇▇▇▇▇

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

Montgomery City Jail
05/24/06 14:09
ST 001 / OPR ARB

Booking Number      :   6720
Resident Name       :   MERCER, BILLY
Time Frame          :   11/30/2005 11:46 - 05/24/2006 13:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/30/2005 | 11:46 | Intake | 1 | arb | A17309 | 15.00 | 15.00 |
| 12/01/2005 | 13:48 | Order | 2 | NDW | B24262 | 14.75 | 0.25 |
| 01/16/2006 | 13:25 | Order | 2 | edg | B25949 | 0.20 | 0.05 |
| 02/16/2006 | 10:31 | Add | 1 | arb | A18725 | 100.00 | 100.05 |
| 02/16/2006 | 10:55 | Order | 2 | edg | B27068 | 38.35 | 61.70 |
| 02/20/2006 | 11:02 | Order | 2 | edg | B27159 | 38.35 | 23.35 |
| 02/22/2006 | 11:10 | Add | 1 | arb | A18804 | 15.00 | 38.35 |
| 02/22/2006 | 16:17 | Credit | 2 | edg | B27189 | 1.91 | 40.26 |
| 02/23/2006 | 10:29 | Order | 2 | edg | B27301 | 31.33 | 8.93 |
| 02/24/2006 | 10:27 | Add | 1 | arb | A18857 | 50.00 | 58.93 |
| 02/27/2006 | 11:53 | Order | 2 | jaw | B27428 | 57.49 | 1.44 |
| 03/02/2006 | 10:48 | Order | 2 | edg | B27494 | 1.22 | 0.22 |
| 03/06/2006 | 15:39 | Credit | 2 | edg | B27678 | 24.65 | 24.87 |
| 03/09/2006 | 10:42 | Order | 2 | edg | B27804 | 22.16 | 2.71 |
| 03/13/2006 | 10:54 | Order | 2 | edg | B27846 | 0.31 | 2.40 |
| 03/15/2006 | 10:58 | Add | 1 | arb | A19161 | 70.00 | 72.40 |
| 03/16/2006 | 17:57 | Order | 2 | edg | B27967 | 66.00 | 6.40 |
| 03/20/2006 | 10:36 | Order | 2 | edg | B28099 | 2.13 | 4.27 |
| 03/20/2006 | 12:28 | Add | 1 | arb | A19241 | 20.00 | 24.27 |
| 03/23/2006 | 10:47 | Order | 2 | edg | B28167 | 23.88 | 0.39 |
| 03/27/2006 | 10:23 | Order | 2 | jaw | B28294 | 0.32 | 0.07 |
| 04/12/2006 | 10:51 | Add | 1 | arb | A19651 | 1,123.63 | 1,123.70 |
| 04/13/2006 | 10:23 | Order | 2 | edg | B28835 | 68.92 | 1,054.78 |
| 04/17/2006 | 09:52 | Order | 2 | edg | B28907 | 71.50 | 983.28 |
| 04/20/2006 | 10:22 | Order | 2 | edg | B29009 | 64.45 | 918.83 |
| 04/24/2006 | 09:42 | Order | 2 | edg | B29077 | 42.23 | 876.60 |
| 04/27/2006 | 10:42 | Order | 2 | edg | B29173 | 43.27 | 833.33 |
| 05/01/2006 | 11:53 | Order | 2 | edg | B29277 | 11.14 | 822.19 |
| 05/04/2006 | 10:31 | Order | 2 | jaw | B29387 | 21.11 | 801.08 |
| 05/08/2006 | 10:55 | Order | 2 | edg | B29469 | 29.00 | 772.08 |
| 05/15/2006 | 10:06 | Order | 2 | edg | B29700 | 22.04 | 750.04 |
| 05/18/2006 | 09:45 | Order | 2 | edg | B29792 | 13.67 | 736.37 |
| 05/22/2006 | 10:13 | Order | 2 | edg | B29869 | 48.80 | 687.57 |

*A.R. Bibb* (signature)
**A.R. Bibb**
**Commissary Clerk**

5-24-06
**Date**

Subscribed and sworn to before me in my Presence, this _24th_ day of _May_ _2006_, a Notary Public in and for the County of _Montgomery_, State of _Alabama_
_Lisa Hampton Davis_ (Signature)     Notary Public

My Commission Expires _March 17, 2009_