IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 31  A 9: 20

UNITED STATES OF AMERICA,     *
                              *
        PLAINTIFF,            *
                              *
V.                            *  CASE NO.   2:05CR204-LSC
                              *
BILLY R. MERCER, JR.,         *
                              *
        DEFENDANT.            *

## MOTION TO FILE RULE 24(a) F.R.A.P. AFFIDAVIT UNDER SEAL

Comes now defendant, by and through undersigned counsel, and request to file the attached affidavit under seal pursuant to the E-Government Act of 2002, as amended August 2, 2004, because it contains personal street address and social security number of defendant.

Submitted this 26th day of May, 2006.

Jeffery C. Duffey
Attorney for Billy Mercer, Jr.
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Terry Moorer and John T. Harmon, AUSA, P.O. Box 197, Montgomery, AL 36101.

JEFFERY C. DUFFEY
Attorney for
Billy Mercer, Jr.