IN THE UNITED DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **PLAINTIFF},**

**v.**                                                  **CASE NO.  2:05CR204-LSC**

**BILLY R. MERCER, JR.,**

    **DEFENDANT.**

## NOTICE OF APPEAL

    Now comes defendant Billy R. Mercer, Jr., by counsel, and gives this his notice of appeal to the U. S. Court of Appeals for the Eleventh Circuit from his conviction and sentence and all adverse rulings thereto in the above styled matter, the judgment of which was entered on May 26, 2006. Defendant has previously filed permission to appeal in forma pauperius.

    Done this 2nd day of June, 2006.

                                                s/Jeffery C. Duffey
                                              Jeffery C. Duffey
                                              Attorney for defendant Billy R. Mercer, Jr.
                                              600 So. McDonough St.
                                              Montgomery, AL 36104
                                              334-834-4100
                                              334-834-4101 FAX
                                              email:  jcduffey@aol.com
                                              Bar No.:  ASB7699F67J

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been served upon Terry Moorer, AUSA, attorney for the Government, electronically by the clerk of court on June 2, 2006.

                                                s/Jeffery C. Duffey
                                              Jeffery C. Duffey