IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CASE NO. 2:05CR204-LSC |
| | * | |
| BILLY R. MERCER, JR., | * | |
| | * | |
| DEFENDANT. | * | |

**MOTION GRANTED**

THIS 8th DAY OF June, 2006

_____
UNITED STATES MAGISTRATE JUDGE

**MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**
**(BUT NOT FOR APPOINTMENT OF COUNSEL)**

Comes now defendant Billy R. Mercer, Jr., by counsel, and submits the following:

1. Billy R. Mercer, Jr., the defendant, desires to appeal to the U.S. Court of Appeals for the Eleventh Circuit his criminal conviction, the judgment and sentence and all adverse rulings thereto. See Notice of Appeal attached as Exhibit 1.

2. The defendant was convicted by a jury on February 15, 2006 of one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. 841(a)(1) and one count of use/carry/possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(c)(1).

3. The defendant was sentenced by this Honorable Court