IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 31 A 9:20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. 2:05CR204-LSC |
| BILLY R. MERCER, JR., | * | |
| DEFENDANT. | * | |

### MOTION TO FILE RULE 24(a) F.R.A.P. AFFIDAVIT UNDER SEAL

Comes now defendant, by and through undersigned counsel, and request to file the attached affidavit under seal pursuant to the E-Government Act of 2002, as amended August 2, 2004, because it contains personal street address and social security number of defendant.

Submitted this 26th day of May, 2006.

Jeffery C. Duffey
Attorney for Billy Mercer, Jr.
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

## MOTION GRANTED

THIS 8th DAY OF June, 2006

_____
UNITED STATES MAGISTRATE JUDGE