AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Defendant: BILLY R. MERCER, JR.
Case Number: 2:05-CR-0204-LSC

RECEIVED

## IMPRISONMENT

2006 OCT -2  P 12: 08

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWO HUNDRED NINETY TWO (292) months. This term consists of 232 months as to Count 1 and 60 months as to Count 2, with each count to run consecutively.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program and be housed as close as possible to his family in Montgomery, AL. The drug treatment should take first priority.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

OCT - 6 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

9/27/06  FCI EDGE  S/C

Defendant delivered on _9/13/06_ to _USP Atlanta_ at _Atlanta, GA_
Edgefield SC , with a certified copy of this Judgment.

John J LaManna, Warden
Jesse Seroyer Jr.
United States Marshal

By    Estray R. Thomas  Kelly Neal, DO
Deputy Marshal